Submitted on record and briefs October 5, affirmed November 14, 2001

In the Matter of Stephen Daniel,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

STEPHEN DANIEL,
*Appellant.*

9910-70091; A108345

35 P3d 1106

Susan D. Isaacs filed the brief for appellant.

Jas. Jeffrey Adams filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *State v. Buffum,* 166 Or App 552, 999 P2d 541, *rev allowed* 331 Or 361 (2000).